## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| RUTH I. CROCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| WELLSTAR HEALTH SYSTEM, INC., | ) | FILE NO. |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF REMOVAL**

Defendant WELLSTAR HEALTH SYSTEM, INC., by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby files this Notice of Removal and shows this Court as follows:

1.

On November 7, 2020, Plaintiff filed a lawsuit in the Superior Court of Cobb County, Georgia captioned as Ruth I. Crocker v. WellStar Health System, Inc. This lawsuit was assigned Civil Action File No. 20-1-07235. True and correct copies of the Complaint, as well as all other process, orders or pleadings received by the Defendant by service or otherwise in this action are attached hereto as **Exhibit "A"** as required by 28 U.S.C. §1446(a).

2.

The United States District Court for the Northern District of Georgia, Atlanta Division, includes Cobb County. Accordingly, removal to this Court is proper under 28 U.S.C. § 1441(a).

3.

Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* [1]

4.

As a result, the United States District Court for the Northern District of Georgia, Atlanta Division, has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441(b) and (c) and other applicable laws, as this case is a civil action under the Constitution and/or laws of the United States.

---

[1] At one point in her Complaint, Plaintiff references the Equal Pay Act. However, Plaintiff does not state she is asserting any claims under that statute and, at the beginning of her Complaint, Plaintiff specifically represents that the document is a "petition to file a lawsuit under Title VII." Therefore, Defendant construes Plaintiff's claims as arising only under Title VII.

5.

On November 18, 2020, Plaintiff served Defendant.  As such, Defendant has timely filed its Notice of Removal within the 30-day time limit imposed by 28 U.S.C. § 1446(b).

6.

Promptly after filing this Notice of Removal, written notice of this filing will be provided to Plaintiff and a copy of this Notice of Removal will be filed with the Superior Court of Cobb County, State of Georgia.  A copy of the NOTICE TO SUPERIOR COURT CLERK OF REMOVAL OF CIVIL ACTION is attached hereto as **Exhibit "B"**.  Exhibit B was served on all adverse parties.

7.

By filing this Notice of Removal, Defendant does not waive any defense that may be available to it.

Respectfully submitted this 15th day of December, 2020.

GREGORY, DOYLE, CALHOUN
& ROGERS, LLC

/s/ Charles L. Bachman, Jr.

Charles L. Bachman, Jr.
Georgia Bar No. 030545
49 Atlanta Street
Marietta, Georgia 30060
(770) 422-1776 – telephone
(678) 784-3527 – facsimile
cbachman@gregorydoylefirm.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RUTH I. CROCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION |
| | ) |
| WELLSTAR HEALTH SYSTEM, INC., | )  FILE NO. |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2020 I served a copy of the foregoing

**NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy

of same via United States mail, proper postage prepaid, addressed to Plaintiff's

Counsel, as follows:

Ruth Crocker
563 Lakeview Lane
Hiram, Georgia 30141

GREGORY, DOYLE, CALHOUN
& ROGERS, LLC

/s/ Charles L. Bachman, Jr.

5